**Order filed, January 29, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-14-00950-CV

**REBECCA A. HEWITT-BURGIN, Appellant**

**V.**

**JOHN NTAGHA AND PAMELA NTAGHA, Appellee**

---

**On Appeal from the County Court at Law No 3
Fort Bend County, Texas
Trial Court Case 14-CCV-053751**

---

### ORDER

The reporter's record in this case was due January 13, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Robin Rosen, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Harvey Brown

    Acting individually